UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRIAN WISEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   3:18CV207-PPS |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties' joint Stipulation of Dismissal [DE 14] is SO ORDERED, and this action is DISMISSED WITH PREJUDICE, each party bearing its own fees and costs.

The case is thereby **CLOSED**.

**SO ORDERED**.

ENTERED: July 16, 2018.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT